ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MELINA ANDREA SESTIAGA,

      Plaintiff,

   vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-CV-03734-DMC

STIPULATION AND ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 25 (twenty-five) days from May 4, 2026, up to and including May 29, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of Defendant's counsel's workload. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed six responsive briefs and five settlement memoranda. In addition to this case,

counsel has ten upcoming responsive briefs in the next four weeks.

                                        Respectfully submitted,

Dated: May 4, 2026          By:        /s/ *Josephine Gerrard**
                                        (*as authorized via e-mail on May 4, 2026)
                                        JOSEPHINE GERRARD
                                        Attorney for Plaintiff

Dated: May 4, 2026                     ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1, Law & Policy
                                       Social Security Administration

                            By:        /s/ *Lillian J. Lee*
                                       LILLIAN J. LEE
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant


                            **ORDER**

        Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including May 29, 2026, to respond to Plaintiff's Motion for Summary Judgment.


Dated:  May 7, 2026

                                       _____
                                       DENNIS M. COTA
                                       UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-CV-03734-DMC                    2